**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TINA M. RANDOLPH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1836 |
| | § | |
| DIMENSION FILMS *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a Final Judgment.

SIGNED on February 17, 2009, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge